# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of August, two thousand and sixteen.

_____

Easter S. McLeod,

     Plaintiff - Appellant,

v.

The Jewish Guild for the Blind,

     Defendant - Appellee,

Dr. Alan R. Morse, CEO Executive Office, Goldie Dersh, VIP Behavioral Health Services, Psychiatric Clinic, Melissa Farber, VIP Human Resources, Donald Dettmer, Program Coordinator,

     Defendants.
_____

**ORDER**

Docket No. 15-2898

     Appellant moves for an extension of time until October 21, 2016 to file the reply brief.

     IT IS HEREBY ORDERED that the motion is GRANTED.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court